# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3591
LT Case Nos. 1993-CF-000872-A

_____

JOHN D. SOUTER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

John D. Souter, Jr., Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

July 21, 2026

PER CURIAM.

AFFIRMED. *Maye v. State*, 51 Fla. L. Weekly S116 (Fla. May 14, 2026).

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____